[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-11329

_____

D.C. Docket No. 5:17-cv-00085-RH-GRJ

BRANDY CARNLEY,
VIRGINIA J. LINDSEY,

Plaintiffs - Appellees,

versus

FRANK MCKEITHEN,
individually and in his official capacity as
former Sheriff of Bay County Florida, et al.,

Defendants,

TOMMY FORD,
individually and in his official capacity
as Sheriff of Bay County,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(August 30, 2019)

Before WILSON, NEWSOM, and COOGLER,[*] Circuit Judges.

PER CURIAM:

Bay County Sheriff Tommy Ford appeals the denial of post-trial motions for renewed judgment as a matter of law or for a new trial.  Brandy Carnley and Virginia J. Lindsey brought this action for damages against the Sheriff under 42 U.S.C. § 1983, claiming that their constitutional rights were violated when they were sexually assaulted by a correctional officer when they were detained pre-trial. The jury returned a verdict for Carnley and Lindsey.  We have read the briefs and reviewed the record, and with the benefit of oral argument we find no reversible error.  The judgment of the district court is due to be affirmed.

**AFFIRMED**.

---

[*] Honorable L. Scott Coogler, District Judge for the United States District Court for the Northern District of Alabama, sitting by designation.